IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ROBERT A. ZDROIK,

       Plaintiff,

                                  Case No: 18-CV-244

v.

MARLA REIMANN, TINA HOSE,
BONNIE CRABTREE, DR. DANIEL HEKMAN,
SHAUNE HOBAN, DR. PRAPTI KUBER,
DR. FARHAT KHAN AND DR. RICHARD
FULLER,

       Defendants.

## CIVIL LOCAL RULE 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT TINA HOSE

       Crivello Carlson, S.C., counsel of record for Defendants Marla Reimann and Tina Hose, respectfully moves the Court, the Honorable John P. Stadtmueller, presiding, pursuant to Civil Local Rule 7(h), for an Order permitting Crivello Carlson, S.C. to withdraw as counsel of record for Tina Hose in this action. In support thereof, counsel states as follows:

       1.     Plaintiff's Complaint identifies Defendants Marla Reimann and Tina Hose as "medical professionals working at the Lincoln County Jail in Merrill, Wisconsin." (Dkt. No. 1, ¶ 7).

       2.     On March 22, 2018, Crivello Carlson, S.C. filed Notices of Appearance and Waivers of Service for Defendants Marla Reimann and Tina Hose. (See Dkt. Nos. 11-14).

       3.     Attorney Jana L. Brady previously filed a Notice of Appearance and Waiver of Service on behalf of Defendant Tina Hose. (Dkt. Nos. 3-4).

       4.     The Notices of Appearance and Waiver of Service filed by Crivello Carlson, S.C. on behalf of Tina Hose were filed inadvertently and in error.

5. Defendant Tina Hose is represented by capable and competent counsel in this matter and no prejudice will result to any party if Crivello Carlson, S.C. is permitted to withdraw as counsel of record for Ms. Hose. Crivello Carlson, S.C. intends to remain as counsel of record for Defendant Marla Reimann.

WHEREFORE, Crivello Carlson, S.C. respectfully requests that the Court enter an Order permitting Crivello Carlson, S.C. to withdraw as counsel for Defendant Tina Hose.

Dated this 22nd day of March, 2018.

By: s/ Sara C. Mills
SAMUEL C. HALL, JR.
State Bar No. 1045476
SARA C. MILLS
State Bar No. 1029470
Attorneys for Defendants, Marla Reimann and Tina Hose
CRIVELLO CARLSON, S.C.
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: (414) 271-7722
Fax: (414) 271-4438
E-mail: shall@crivellocarlson.com
smills@crivellocarlson.com