# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT A. ZDROIK,<br><br>Plaintiff,<br><br>v.<br><br>MARLA REIMANN, TINA HOSE, BONNIE CRABTREE, DR. DANIEL HEKMAN, SHAUNE HOBAN, DR. PRAPTI KUBER, DR. RICHARD FULLER, LINCOLN COUNTY, CORRECTIONAL HEALTHCARE COMPANIES LLC, and ADVANCED CORRECTIONAL HEALTHCARE INC.,<br><br>Defendants. | Case No. 18-CV-244-JPS<br><br><br><br>**ORDER** |

On May 15, 2018, the plaintiff filed a motion for leave to file a second amended complaint. (Docket #43). He attached as an exhibit his proposed second amended complaint. (Docket #43-1). None of the defendants oppose the plaintiff's motion. (Docket #47, #49, #52, and #53). In light of the defendants' assent, and because "justice so requires," Fed. R. Civ. P. 15(a)(2), the Court will grant the plaintiff's motion. The second amended complaint, (Docket #43-1), shall become the operative pleading in this case. The defendants shall file a responsive pleading with twenty-one days of the entry of this Order.

Defendant Tina Hose has acknowledged that the second amended complaint moots her previously-filed motion to dismiss and has therefore withdrawn the motion. *See* (Docket #37 and #47). For clarity's sake, the

motion to dismiss will be denied as moot. Similarly, Defendants Marla Reimann and Lincoln County have, in light of the second amended complaint, withdrawn their previously-filed motion to drop or sever. *See* (Docket #29 and #49). The motion to drop or sever will also be denied as moot. Finally, because the second amended complaint does not allege claims against defendants Correctional Healthcare Companies, LLC or Advanced Correctional Healthcare, Inc., those defendants will be terminated on the docket.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for leave to file a second amended complaint (Docket #43) be and the same is hereby **GRANTED**. The defendants shall file a responsive pleading within twenty-one days of the entry of this Order;

**IT IS FURTHER ORDERED** that defendant Tina Hose's motion to dismiss (Docket #37) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that defendant Marla Reimann and Lincoln County's motion to drop or sever (Docket #29) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge