IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Robert A. Zdroik,

    Plaintiff

  v.

MARLA REIMANN, LINCOLN COUNTY,
TINA HOSE, BONNIE CRABTREE,
DR. DANIEL HEKMAN, SHAUNE HOBAN,
DR. PRAPTI KUBER, AND
DR. RICHARD FULLER,                    Case No. 2:18-cv-244

    Defendants                        Honorable J P Stadtmueller

## NOTICE OF SERVICE

The undersigned certifies that a true copy of the Defendant TINA HOSE R.N.'s Objections and Responses to Requests for Admission, was served by transmitting a copy to all primary and secondary e-mail addresses of record designated by those individuals.

                                      TINA HOSE R.N.,

                                      BY:_____Jana L. Brady_____
                                HEYL, ROYSTER, VOELKER & ALLEN
                                        Jana L. Brady
                                    Wisconsin Bar No. 1078934

HEYL, ROYSTER, VOELKER & ALLEN
120 West State Street
P.O. Box 1288
Rockford, Illinois 61105 1288
Telephone 815.963.4454
Facsimile 815.963.0399
Email: jbrady@heylroyster.com

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument, **Notice of Service**, was served upon all attorneys to the above cause via the CM/ECF System on the 29th day of August, 2018.

TO:

| *Attorney for Plaintiff* | *Attorneys for Marla Reimann, R.N. and Lincoln County* |
|---|---|
| John H. Bradley | Samuel C Hall, Jr. |
| Strang Bradley, LLC | Sara C. Mills |
| 33 E. Main Street | Samuel M. Mitchell |
| Suite 400 | Crivello Carlson SC |
| Madison, WI 53703 | The Empire Building |
| john@strangBradley.com | 710 N Plankinton Ave - Ste 500 |
| | Milwaukee, WI 53203-2404 |
| | 414-271-7722 |
| | 414-271-4438 (Fax) |
| | SHall@CrivelloCarlson.com |
| | smills@crivellocarlson.com |
| | smitchell@crivellocarson.com |

| *Attorneys for Bonnie Crabtree and Dr. Daniel Hekman* | *Attorneys for Dr. Richard Fuller, Shaune Hoban, and Dr. Prapti Kuber* |
|---|---|
| Douglas S. Knott | Brad D. Schimel |
| Cory J. Brewer | Laure Rakvic-Farr |
| Leib Knott Gaynor LLC | Timothy M. Barber |
| 219 N. Milwaukee Street, Ste 710 | Wisconsin Department of Justice |
| Milwaukee, WI 53202 | P.O. Box 7857 |
| (414) 276-2102 | Madison, WI 53707 |
| (414) 276-2140 (Fax) | 608-266-0323 (Rakvic-Farr) |
| dknott@lkglaw.net | 608-266-7234 (Barber) |
| cbrewer@lkglaw.net | 608-267-8906 (Fax) |
| | Rakvic-farrlc@doj.state.wi.us |
| | barbertm@doj.state.wi.us |

                _____Dawn M. Clark_____