UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

ROBERT A. ZDROIK,

    *Plaintiff,*

    *v.*

MARLA REIMANN, *et al.*,

    *Defendants.*

Case No. 2:18-cv-244-JPS

_____

## STIPULATION FOR DISMISSAL
_____

IT IS HEREBY STIPULATED and agreed by and among the parties by their counsel that the above captioned action may be dismissed with prejudice and without costs to any party.

Dated: September 18, 2018    Respectfully submitted,

    /s/   John H. Bradley
John H. Bradley
Wisconsin Bar No: 1053124
Strang Bradley, LLC
33 E. Main St., Ste. 400
Madison, WI 53703
608-535-1550
608-406-2602 (Fax)
John@StrangBradley.com

Attorneys for Plaintiff

  /s/ Douglas S. Knott
Douglas S. Knott, SBN 1001600
Cory J. Brewer, SBN 1105913
LEIB KNOTT GAYNOR LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
414-276-2102
414-276-2140 (Fax)
dknott@lkglaw.net
cbrewer@lkglaw.net

Attorneys for Defendants Bonnie Crabtree, Daniel Hekman, M.D., and Advanced Correctional Healthcare, Inc.


  /s/ Jana L. Brady
Jana L. Brady
ARDC 6281390
HEYL, ROYSTER, VOELKER & ALLEN
120 West State Street
P.O. Box 1288
Rockford, Illinois 61105 1288
815-963-4454
815-963-0399 (Fax)
jbrady@heylroyster.com

Attorneys for Defendants Tina Hose R.N., and Correctional Healthcare Companies, LLC

/s/ Sara C. Mills
Samuel C Hall, Jr.
Sara C. Mills
Samuel M. Mitchell
Crivello Carlson SC
The Empire Building
710 N Plankinton Ave - Ste 500
Milwaukee, WI 53203-2404
414-271-7722
414-271-4438 (Fax)
SHall@CrivelloCarlson.com
smills@crivellocarlson.com
smitchell@crivellocarson.com

Attorneys for Marla Reimann, R.N. and Lincoln County


/s/ Laure Rakvic-Farr
Laure Rakvic-Farr
Timothy M. Barber
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
608-266-0323 (Rakvic-Farr)
608-266-7234 (Barber)
608-267-8906 (Fax)
rakvic-farrlc@doj.state.wi.us
barbertm@doj.state.wi.us

Attorneys for Dr. Richard Fuller, Shaune Hoban, and Dr. Prapti Kuber