# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT A. ZDROIK,<br><br>    Plaintiff,<br><br>v.<br><br>MARLA REIMANN, TINA HOSE, BONNIE CRABTREE, DR. DANIEL HEKMAN, SHAUNE HOBAN, DR. PRAPTI KUBER, DR. RICHARD FULLER, and LINCOLN COUNTY,<br><br>    Defendants. | Case No. 18-CV-244-JPS<br><br>**ORDER** |

  On September 18, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #75). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties' various pending motions will be denied as moot. (Docket #57 and #62).

  Accordingly,

  **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #75) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

  **IT IS FURTHER ORDERED** that the parties' pending motions (Docket #57 and #62) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 19th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge