JPS

11-24-19

TO: Clerk of Courts Eastern District Courts of WI

Zdroik v Reimann
218 cv 00244 CL

I'm Robert A Zdroik I'm requesting the status of my case USC 42 1983 filed on 2-19-18 my Lawyer Just called me one day and said there's a WIS Cap of limitation on cases like this. Was this case filed State or Federal. Can you tell me what happen and do I still have time to move forward on this case and if so whats the state Statue of liminatation on the case IF John Bradley from Madison My Lawyer withdrew from the case When did he do it and why.

Thankyou for your Time

Robert A Zdroik 307329

U.S. DISTRICT COURT EASTERN DISTRICT-WI, FILED 2019 NOV 27 P 12:23 STEPHEN C. DRIES CLERK

Case 2:18-cv-00244-JPS   Filed 11/27/19   Page 1 of 1   Document 77