# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT A. ZDROIK,

                  Plaintiff,

v.

MARLA REIMANN, TINA HOSE, BONNIE CRABTREE, DR. DANIEL HEKMAN, SHAUNE HOBAN, DR. PRAPTI KUBER, RICHARD FULLER, and LINCOLN COUNTY,

                  Defendants.

Case No. 18-CV-244-JPS

**ORDER**

        The Court adopted the parties' joint stipulation of dismissal of this case on September 18, 2018. (Docket #76). On April 21, 2020, the Court denied Robert A. Zdroik's ("Zdroik") motion to reopen this case. (Docket #85). Zdroik has since filed two additional motions to reopen this case, (Docket #86 and #90), and four letters requesting the same (Docket #87, #88, #89, and #91). Additionally, in docket entries #87 and #91, Zdroik asks that the Court return exhibits to one of his letters, (Docket #87 at 4–8), to him.

        The Court refers Zdroik to its April 21, 2020 order (Docket #85) and reminds him that the Court's order is final. The Court denies both of Zdroik's motions, (Docket #86 and #90), as moot. The Court notes that, notwithstanding its April 21, 2020 order, Zdroik has filed additional motions and letters in this closed case. "The Seventh Circuit Court of Appeals has approved the use of filing restrictions against a vexatious litigant." *Westefer v. Snyder*, Civil Nos. 00–162–GPM, 00–708–GPM, 2011 WL 9135 at *3 (S.D. Ill. Jan. 1, 2011) (citations omitted). Therefore, the Court

orders that the Clerk of Court return to Zdroik, marked "unfiled", any further papers concerning this action that Zdroik may attempt to file. Lastly, the Court directs the Clerk of Court to send Zdroik pages 4, 5, and 6 from Docket #87.

Accordingly,

**IT IS ORDERED** that Zdroik's motions to reopen this case, (Docket #86 and Docket #90), be and the same are hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Zdroik pages 4, 5, and 6 of Docket #87; and

**IT IS FURTHER ORDERED** that the Clerk of Court shall return to Zdroik, marked "unfiled", any further papers concerning this action.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge